UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANA T. HUMPHREY,

       Plaintiff,

v.                            Case No. 3:17-cv-523-J-39JRK

CITY OF JACKSONVILLE,

       Defendant.

_____/

### AMENDED ORDER[1]

**THIS CAUSE** is before the Court on the Amended Order (Doc. 4) entered on August 17, 2017. By Order dated August 14, 2017, the Court directed Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida. (See Doc. 3; Order to Show Cause). The Order to Show Cause provided that the "failure to respond to a Court order may result in dismissal of this action without further notice." See Order to Show Cause at 1.

By Order dated August 17, 2017 (Doc. 4; Order), the Court directed Plaintiff to file on or before October 16, 2017, a notice of service of the Complaint on Defendant. See Order at 2.The Order provided that the "[f]ailure to properly serve Defendant by October 16, 2017, will likely result in the dismissal of this action without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure." See id. Although given notice and adequate time

---

[1] This Amended Order supersedes the Court's previous Order (Doc. 5) to reflect the proper date.

to serve Defendant, Plaintiff failed to file the notice of service of the Complaint on Defendant or show good cause for her failure.

In light of the foregoing, it is

**ORDERED:**

Plaintiff's Complaint (Doc. 1) against Defendant is **DISMISSED without prejudice** pursuant to Rule 4(m), Federal Rules of Civil Procedure.[2]

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of December, 2017.

BRIAN J. DAVIS
United States District Judge

va
Copies furnished to:

Unrepresented Parties

---

[2] Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).